UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LOCAL 100, TRANSPORT WORKERS :
UNION, AFL-CIO; ROGER TOUSSAINT,
as President of Local 100, :
Transport Workers Union,
AFL-CIO; and WAYNE BRYAN, :   06 Civ. 4787 (RPP)

        Plaintiffs, :   ORDER TO SHOW CAUSE
                              FOR PRELIMINARY
    -against- :   INJUNCTION AND
                              TEMPORARY
BERNARD ROSEN, MARGARET CONNOR, :   **RESTRAINING ORDER**
MARK PAGE, MARGE HENNING and
SUSAN KUPFERMAN, as Employer :
Trustees of the T.W.U.-New York
City Private Bus Lines Pension :
Trust,
                            :
        Defendants. :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/06

    Upon the declarations of Judith Broach and Ed Watt, sworn to the 21st day of June, 2006, and upon the copy of the Complaint hereto annexed, it is

    ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 24A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on June 28, 2006, at 10 AM o'clock in the fore noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from 1) proceeding in the arbitration described in Complaint, 2) staying all proceedings in said arbitration pending a determination by this Court as to

Exhibit A    Exhibit B

whether the issues placed before the arbitrator are arbitrable, and 3) providing plaintiffs such other and further relief as this Court may deem just and proper; and it is further

~~ORDERED that, sufficient reason having been shown therefor,~~ *RPP* ~~pending the hearing of plaintiff's application for preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from 1) proceeding in the arbitration described in the Complaint, 2) and the arbitration is stayed; and it is further~~ *RPP*

ORDERED that security in the amount of $ _20,000_ be posted by the plaintiff prior to _June 26_, _2006_, at _11-00_ o'clock in the _Fore_ noon of that day; and it is further

ORDERED that service at the office of the T.W.U.-New York City Private Bus Lines Pension Trust of a copy of this order and annexed declarations upon the defendants or their counsel on or before _11.00_ o'clock in the _Fore_ noon, _June 22_, _2006_, shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: _6 15 P._ M

_____
United States District Judge

2