# BROACH & STULBERG, LLP
## ATTORNEYS AT LAW

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.⁵

JOSHUA S.C. PARKHURST
AMY F. SHULMAN*

OF COUNSEL
IRA CURE*

° NY BAR
* NY, CA BARS
° NY, DC BARS
° NY, NJ BARS
^ NY, NJ, FL BARS
° NY, MA, DC BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119

TEL (212) 268-1000
FAX (212) 947-8010

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/06

RECEIVED
JUN 22 2006
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

June 22, 2006

**VIA FACSIMILE**

Honorable Robert P. Patterson, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



**MEMO ENDORSED**

Re: Local 100 Transport Workers Union et al. v. Bernard Rosen et al.
06 Civ. 4787 (RPP)

Dear Judge Patterson:

We represent the plaintiffs in the above-referenced case. Yesterday, the Court issued an Order to Show Cause, which denied plaintiffs' request for a restraining order. Nevertheless, the Order directed plaintiffs to post security in the amount of $20,000.00

We are writing to respectfully request that the Court reconsider that portion of the Order. We recognize that under Rule 65(c), "No restraining order or preliminary injunction shall issue except upon the giving of security by the applicant. . . ." However, in this case, since there was no restraining order or preliminary injunction issued, plaintiffs suggest that such security may not be necessary.

Accordingly, we respectfully request that the Court reconsider that portion of Order. Thank you for your attention to this matter.

Respectfully submitted,

BROACH & STULBERG, LLP

By: _____
Ira Cure

IC/ps
cc: Mark Brossman, Esq. (via facsimile)
    Scott Gold, Esq. (via facsimile)
    Walter Meginniss, Esq.

**SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED**

*[Handwritten endorsement:] Application granted. Plaintiff may proceed without posting a bond. So ordered. Robt P Patterson USDJ*

Case:   Local 100, Transport Workers Union, et al. v. Bernard Rosen, et al.

Index No.   06 Civ. 4787 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted. Plaintiffs may proceed without posting a bond.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 6/22/06*