UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LOCAL 100, TRANSPORT WORKERS        :
UNION, AFL-CIO; ROGER TOUSSAINT,    :
as President of Local 100,          :
Transport Workers Union,            :
AFL-CIO; and WAYNE BRYAN,           :
            Plaintiffs,             :
                                    :       **DECLARATION**
        -against-                   :
                                    :       06 Civ. 4787 (RPP)
BERNARD ROSEN, MARGARET CONNOR,     :
MARK PAGE, MARGE HENNING and        :
SUSAN KUPFERMAN, as Employer        :
Trustees of the T.W.U.-New York     :
City Private Bus Lines Pension      :
Trust,                              :
                                    :
            Defendants.             :
----------------------------------X

    Ira Cure declares pursuant to 28 U.S.C. §1745 and under penalty of perjury, the following statements to be true and correct:

    1.   I am of counsel to the firm of Broach & Stulberg, LLP.

    2.   On June 22, 2006, I served the Order to Show Cause and accompanying affidavits, the Memorandum of Law in support of the application for a Temporary Restraining Order upon Mark Brossman, Esq. of the firm of Schulte Roth & Zabel, Counsel for the above-named defendants at 919 Third Avenue, New York, New York 10022. Mr. Brossman agreed to accept service of these documents. See Exhibit A.

Dated: June 23, 2006

                                              _____
                                              Ira Cure