SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 100, TRANSPORT WORKERS :
UNION, AFL-CIO; ROGER TOUSSAINT, as :
President of Local 100, Transport Workers :
Union, AFL-CIO, and WAYNE BRYAN, :
: **RULE 7.1 STATEMENT**
Plaintiffs, :
:
- against - : Civ. No.: 06 Civ. 4787 (RPP)
:
BERNARD ROSEN, MARGARET :
CONNOR, MARK PAGE, MARGE :
HENNING and SUSAN KUPFERMAN, as :
Employer Trustees of the T.W.U.-New York :
City Private Bus Lines Pension Trust, :
:
Defendants. :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Employer Trustees of the Transport Workers Union-New York City Private Bus Lines Pension Trust (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       June 27, 2006

By: _____
    Ronald E. Richman (RR 9815)
    Mark E. Brossman (MB 4654)
    Scott A. Gold (SG 3024)

    Attorneys for Plaintiffs
    919 Third Avenue
    New York, New York 10022
    (212) 756-2000 (telephone)
    (212) 593-5955 (facsimile)