## **CERTIFICATE OF SERVICE**

      Scott A. Gold, an attorney associated with Schulte Roth & Zabel LLP, does hereby certify that on June 27, 2006, the Memorandum of Law in Opposition to Plaintiffs' Order To Show Cause For Preliminary Injunction And Temporary Restraining Order and the Affidavits of Scott A. Gold and Mark Page were filed with the Clerk of the Court using the CM/ECF system and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules and/or the Southern District's Rules on Electronic Service by electronic CM/ECF transmission upon:

                Judith P. Broach, Esq.
                Ira Cure, Esq.
                Broach and Stulberg
                One Penn Plaza
                Suite 2016
                New York, NY 10019
                jbroach@brostul.com
                icure@brostul.com

Dated:  New York, New York
          June 27, 2006

                /s/ Scott A. Gold
                Scott A. Gold

                SCHULTE ROTH & ZABEL LLP
                919 Third Avenue
                New York, New York 10022
                (212) 756-2000