UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Local 100, Transport Workers Union*

                Plaintiff(s)

-against-

*Rosen*

                Defendant(s)

06 CV 4787 (RPP)

**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ___ Yes  _X_ No

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for _____ at _____.

14. *Reply to the Order to Show Cause by 7/12/06, Response by 7/19/06.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/06

Dated: New York, New York

    6/29/06

SO ORDERED.

*[signature]*

ROBERT P. PATTERSON, JR.
U.S.D.J.