# BROACH & STULBERG, LLP

### ATTORNEYS AT LAW
ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.°

JOSHUA S C. PARKHURST°
AMY F. SHULMAN*

OF COUNSEL
IRA CURE°

° NY BAR
* NY, CA BARS
° NY, DC BARS
* NY, NJ BARS
* NY, NJ, FL BARS
* NY, MA, DC BARS

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

RECEIVED JUL -7 2006 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/06

**MEMO ENDORSED**

July 7, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Honorable Robert P. Patterson, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Local 100 Transport Workers Union et al. v. Bernard Rosen et al.
            06 Cir. 4787 (RPP)

Dear Judge Patterson:

    We represent the Plaintiffs in the above-referenced case. Presently pending before the Court is the Plaintiffs' motion for a preliminary injunction. Both Plaintiffs' reply brief on the injunction and Defendants' answer are scheduled to be filed with the Court on July 12, 2006.

    There have been significant developments that have the potential to resolve this case. Accordingly, we respectfully request that the matter be placed on the Court's suspense docket for ninety days. We believe that this will permit the parties to fully explore a settlement and to preserve scarce judicial resources.

    We have been authorized by counsel for the Defendants to make this request of the Court. We hope this meets with the Court's approval.

                                Respectfully submitted,

                                BROACH & STULBERG, LLP

                                By: _____
                                   Ira Cure

IC/ps

*[Handwritten endorsement:]* Application granted. Oral argument to October 6, 2006 at 9:30 AM. So ordered. Robert P. Patterson 7/7/06

Honorable Robert P. Patterson, USDJ
July 7, 2006
Page 2


cc:   Ronald E. Richman, Esq.
      Mark E. Brossman, Esq.
      Scott A. Gold, Esq.
      Walter Meginniss, Esq.
      Roger Toussaint
      Ed Watt