# BROACH & STULBERG, LLP
### ATTORNEYS AT LAW

JUDITH P. BROACH*
ROBERT B. STULBERG*
DAVID C. SAPP, JR.°

JOSHUA S C. PARKHURST*
AMY F. SHULMAN°

OF COUNSEL
IRA CURE*

* NY BAR
° NY, CA BARS
* NY, DC BARS
* NY, NJ BARS
* NY, NJ, FL BARS
* NY, MA, DC BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-8010

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/06



October 4, 2006

**VIA FACSIMILE**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   Local 100 Transport Workers Union, et al. v. Bernard Rosen, et al.
      06 Civ. 4787 (RPP)

Dear Judge Patterson:

We represent the Plaintiffs in the above-referenced case. Presently pending before the Court is the Plaintiffs' motion for a preliminary injunction. Both Defendants' answer and Plaintiffs' reply brief are now scheduled to be filed with the Court on October 6, 2006.

The parties remain hopeful that this matter may be resolved without resorting to further litigation. However, because there are significant issues that have to be resolved, the parties request that the matter remain on the Court's suspense docket for an additional 90 days. We believe this will permit the parties to fully explore all possibilities of settlement.

There is a conference scheduled in this action for Friday, October 6, 2006. The parties respectfully request that, if the Court grants the above request to continue this action on the suspense calendar, that the conference be adjourned.

We have been authorized by counsel for the Defendants to make this request of the Court.

*Application granted.
Conference is adjourned
to January 9, 2007 at 9 A.M.
So ordered
10/5/06    Robert P. Patterson
                USDJ*

Honorable Robert Patterson
October 4, 2006
Page 2

   The Court's considerations are greatly appreciated.

          Respectfully submitted,

          BROACH & STULBERG, LLP

          By: _____
            Judith P. Broach

JPB:lf

cc: Ronald Richman, Esq. (via facsimile)
   Mark Brossman, Esq.
   Scott Gold, Esq.
   Walter Meginniss, Esq.
   Mr. Roger Toussaint
   Mr. Ed Watt