PATTERSON, S.
by

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LOCAL 100, TRANSPORT WORKERS :
UNION, AFL-CIO; ROGER TOUSSAINT, as :
President of Local 100, Transport Workers :
Union, AFL-CIO, and WAYNE BRYAN, :
                                              :
                        Plaintiffs,           :
                                              :
        - against -                           :
                                              :
BERNARD ROSEN, MARGARET              :
CONNOR, MARK PAGE, MARGE             :
HENNING and SUSAN KUPFERMAN, as :
Employer Trustees of the T.W.U.-New York :
City Private Bus Lines Pension Trust, :
                                              :
                        Defendants.           :
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/06
```

STIPULATION

Civ. No.: 06 Civ. 4787 (RPP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that Defendants' time to answer or otherwise move in response to Plaintiffs' June 21, 2006 Complaint in the above-captioned matter shall be extended until twenty days after the Court rules on Plaintiffs' motion for a preliminary injunction.

Dated: New York, New York
       October 4, 2006

BROACH & STULBERG, LLP

By: _____
    Judith P. Broach (JB 4041)
    Attorneys for Plaintiffs
    One Penn Plaza, Suite 2016
    New York, New York 10119
    (212) 268-1000 (telephone)
    (212) 947-6010 (facsimile)

SCHULTE ROTH & ZABEL LLP

By: _____
    Ronald E. Richman (RR 9815)
    Scott A. Gold (SG 3024)
    Attorneys for Defendants
    919 Third Avenue
    New York, New York 10022
    (212) 756-2000 (telephone)
    (212) 593-5955 (facsimile)

SO ORDERED:

_____
Hon. Robert P. Patterson, U.S.D.J.

October 10, 2006