# BROACH & STULBERG, LLP

ATTORNEYS AT LAW

ONE PENN PLAZA

SUITE 2016

NEW YORK, NEW YORK 10119

(212) 268-1000

FAX (212) 947-6010

JUDITH P BROACH*
ROBERT B. STULBERG°
DAVID C SAPP JR.⁵

JOSHUA S.C PARKHURST°
AMY F. SHULMAN°

OF COUNSEL
IRA CURE°

° NY BAR
* NY, CA BARS
° NY, DC BARS
⁵ NY, NJ BARS
⁴ NY, NJ, FL BARS
° NY, MA, DC BARS

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423



December 28, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Local 100 Transport Workers Union, et al. v. Bernard Rosen, et al.
     06 Cir. 4787 (RPP)

Dear Judge Patterson:

  We represent the plaintiffs in the above-referenced case. Presently pending before the Court is plaintiffs' motion for a preliminary injunction. The plaintiffs' reply brief is now scheduled to be filed with the Court on January 9, 2006. In addition, the parties are scheduled to appear in Court on that date.

  We are writing to request that this matter continue on the Court's suspense docket and that the plaintiffs' reply papers, and the conference be adjourned for an additional thirty days. We make this request, because recent developments have made the settlement of this dispute without resort to further litigation more likely than not. The parties are hopeful that a settlement can be reached without the need of further intervention by the Court.

  We have been authorized by counsel for the defendants to make this request of the Court.

*Application granted
Plaintiff's Reply papers and court conference are adjourned to February 9, 2007 at 9:30 AM.
So ordered,
Robert P. [Patterson] USDJ
12/28/06*

Honorable Robert P. Patterson
December 28, 2006
Page 2

    The Court's considerations are greatly appreciated.

               Respectfully submitted,

               BROACH & STULBERG, LLP

               By: _____
                   Judith P. Broach

IC/ps
cc:   Ronald Richman, Esq.
      Mark Brossman, Esq.
      Scott Gold, Esq.
      Walter Meginniss, Esq.
      Mr. Roger Toussaint
      Mr. Ed Watt