# BROACH & STULBERG, LLP

ATTORNEYS AT LAW

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR ◊

JOSHUA S.C. PARKHURST◻
AMY F. SHULMAN°

OF COUNSEL
IRA CURE▽

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

◻ NY BAR
* NY, CA BARS
° NY, DC BARS
▽ NY, NJ BARS
◊ NY, NJ, FL BARS
◻ NY, MA, DC BARS



February 7, 2007


2/9/07

**VIA FACSIMILE AND FIRST CLASS MAIL**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:   Local 100 Transport Workers Union, et al. v. Bernard Rosen, et al.
           06 Cir. 4787 (RPP)

Dear Judge Patterson:

    We represent the plaintiffs in the above-referenced case. Presently pending before the Court is plaintiffs' motion for a preliminary injunction. The plaintiffs' reply brief is now scheduled to be filed with the Court on February 9, 2007. In addition, the parties are scheduled to appear in Court on that date.

    We are writing to request that this matter continue on the Court's suspense docket and that the plaintiffs' reply papers, and the conference be adjourned until March 31, 2007. We make this request, because recent changes at the Metropolitan Transportation Authority, including the appointment of a new Chair have prevented the parties from reaching resolution of this issue short of litigation. The parties remain hopeful that a settlement can be reached without the need of further intervention by the Court.

    We have been authorized by counsel for the defendants to inform you that all four of the five defendant trustees that counsel has been able to reach consent to this request.

*[Handwritten endorsement: Application granted. Conference adjourned to [date]. So Ordered. 2/9/07 Robert P. Patterson USDJ]*

Honorable Robert P. Patterson
February 7, 2007
Page 2

        The Court's considerations are greatly appreciated.

                              Respectfully submitted,

                              BROACH & STULBERG, LLP

                              By: _____
                                    Ira Cure

IC/ps
cc:    Ronald Richman, Esq.
       Mark Brossman, Esq.
       Scott Gold, Esq.
       Walter Meginniss, Esq.
       Mr. Roger Toussaint
       Mr. Ed Watt
       Susan Jennik, Esq.