# BROACH & STULBERG, LLP

### ATTORNEYS AT LAW

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.ᵃ

AMY F. SHULMAN°

OF COUNSEL
IRA CURE⁷

* NY, CA BARS
° NY, DC BARS
▼ NY, NJ BARS
ᵃ NY, NJ, FL BARS
♦ NY, MA, DC BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/07
```



RECEIVED
MAR 26 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

March 26, 2007

VIA FACSIMILE ~~~~~~~~~~~~~~~

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



MEMO ENDORSED

Re:  Local 100 Transport Workers Union, et al. v. Bernard Rosen, et al.
     06 Cir. 4787 (RPP)

Dear Judge Patterson:

We represent the plaintiffs in the above-referenced case. Presently pending before the Court is the plaintiffs' motion for a preliminary injunction. The parties are expected to be in Court on Friday, March 30, 2007 at 9:30 a.m. for a conference. In addition, plaintiffs' reply papers in support of their motion are due on that date. Defendants are entitled to a further reply.

Unfortunately, the hoped for settlement in this case has not materialized. We are now placed in the awkward position of requesting one additional extension until Friday, April 20, 2007 in order to prepare the reply brief. We make this request because the undersigned has several commitments between now and March 30, 2007 which would preclude giving the issues at hand the thought and care they require. We will not ask for an additional extension of time.

We have contacted counsel for the defendants, who is contacting her clients, and therefore has not taken a position on our request for an extension of time.

We hope this request meets with the Court's approval.

*[handwritten endorsement:]* Application granted
So ordered
Robert P. Patterson
USDJ
3/27/07

Honorable Robert P. Patterson
March 26, 2007
Page 2

The Court's considerations are greatly appreciated.

Respectfully submitted,

BROACH & STULBERG, LLP

By: _____
    Ira Cure

IC:lf
cc:  Ronald Richman, Esq. (via facsimile)
     Mark Brossman, Esq. (via facsimile)
     Scott Gold, Esq.    (via facsimile)
     Walter Meginniss, Esq.
     Mr. Roger Toussaint
     Mr. Ed Watt
     Susan Jennik, Esq.