

# BROACH & STULBERG, LLP
### ATTORNEYS AT LAW

JUDITH P. BROACH*  
ROBERT B. STULBERG°  
DAVID C. SAPP, JR.°  

AMY F. SHULMAN*  

OF COUNSEL  
IRA CURE°  

* NY, CA BARS  
° NY, DC BARS  
* NY, NJ BARS  
* NY, NJ, FL BARS  
* NY, MA, DC BARS  

ONE PENN PLAZA  
SUITE 2016  
NEW YORK, NEW YORK 10119  
(212) 268-1000  
FAX (212) 947-6010  

NEW JERSEY OFFICE  
ONE GATEWAY CENTER  
SUITE 2600  
NEWARK, NJ 07102  
(973) 456-7021  
FAX (973) 622-3423  

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/19/07  

RECEIVED  
APR 19 2007  
CHAMBERS OF  
JUDGE ROBERT P. PATTERSON  

April 19, 2007

**VIA FACSIMILE**

Honorable Robert P. Patterson  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: Local 100 Transport Workers Union, et al. v. Bernard Rosen, et al.  
06 Civ. 4787 (RPP)

Dear Judge Patterson:

We represent the plaintiffs in the above-referenced case. Presently pending before the Court is the plaintiffs' motion for a preliminary injunction. The parties are expected to be in Court on Friday, April 20, 2007 at 9:30 a.m. for a conference. In addition, plaintiffs' reply papers in support of their motion are due on that date. Defendants are entitled to a further reply.

Unfortunately, because of several matters in litigation, we are forced to request a further adjournment of two weeks. Given the length of time this motion has pended, we respectfully suggest that it might be appropriate to have the defendants file their response and have the motion fully briefed before a Court appearance is required.

We have contacted counsel for the defendants who oppose our application.

We hope this request meets with the Court's approval.

*[Handwritten endorsement:]* Application Denied. This motion has been pending since June 2006. Argument will be held on April 20, 2007 in the AM. So ordered. Robert P. Patterson, USDJ, 4/19/07

Honorable Robert P. Patterson
April 19, 2007
Page 2

This Court's considerations are greatly appreciated.

Respectfully submitted,

BROACH & STULBERG, LLP

By: _____
　　　Ira Cure

IC:ps
cc:　Ronald Richman, Esq.
　　　Donald Brossman, Esq.
　　　Scott Gold, Esq.
　　　William Meginnis, Esq.
　　　Susan Jennik, Esq.
　　　Mr. Roger Toussaint
　　　Mr. Ed Watt