UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LOCAL 100, TRANSPORT WORKERS UNION,
AFL-CIO; ROGER TOUSSAINT, as President of
Local 100, Transport Workers Union, AFL-CIO;
and WAYNE BRYAN

                                    Plaintiffs,

            - against -

BERNARD ROSEN, MARGARET CONNOR,
MARK PAGE, MARGE HENNING and
SUSAN KUPFERMAN, as Employer
Trustees of the T.W.U. – New York City
Private Bus Lines Pension Trust,

                                    Defendants.
---------------------------------------------------------------X

06 Civ. 4787 (RPP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/07

**ROBERT P. PATTERSON, JR., U.S.D.J.**

At oral argument on June 28, 2006, Plaintiffs asserted that the Court has jurisdiction over their Motion for a Preliminary Injunction under section 301 of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185. (See Transcript dated June 28, 2006 at 4, 9.)

Defendants have not addressed whether the Court has jurisdiction to issue a preliminary injunction under LMRA section 301. The Court orders Defendants to submit supplemental briefing on the aforementioned issue no later than Monday June 25, 2007.

            IT IS SO ORDERED

Dated:  New York, New York
            June 14, 2007

                                    Robert P. Patterson, Jr.
                                    U.S.D.J.

Copy of this Order sent to:

Counsel for Plaintiff:
Broach & Stulberg LLP
Attn: Judith Broach/Ira Cure
One Penn Plaza Suite 2016
New York, NY 10119
Fax: 212-947-6010

Counsel for Defendant:
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10002
Attn: Ronald Richman/Scott Gold
Fax: 212-593-5955