# BROACH & STULBERG, LLP

ATTORNEYS AT LAW

JUDITH P. BROACH *
ROBERT B. STULBERG⁶
DAVID C. SAPP, JR.ᵃ

AMY F. SHULMAN⁵

OF COUNSEL
IRA CURE⁵

* NY, CA BARS
⁶ NY, DC BARS
† NY, NJ BARS
ᵃ NY, NJ, FL BARS
⁵ NY, MA, DC BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

**MEMO ENDORSED**

RECEIVED
JUN 27 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

June 28, 2007

**VIA FACSIMILE**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED
RMB
RICHARD M. BERMAN U.S.D.J.
6/28/07 PM+I

Re: Local 100 Transport Workers Union, et al. v. Bernard Rosen, et al.
06 Cir. 4787 (RPP)

Dear Judge Patterson:

We represent the Plaintiffs in the above-referenced case. Recently the Court directed Defendants to file a supplemental memorandum of law which was filed with the Court on June 25, 2007.

The Plaintiffs believe that the supplemental memorandum of law merits a short reply, and we therefore, request permission to file a letter brief by July 5, 2007.

We hope this meets with the Court's approval.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/07

Respectfully submitted,

BROACH & STULBERG, LLP

By: _____
Ira Cure

*Application granted. Letter brief due 7/2/07 by 5:00 p.m.*

IS:lf

cc: Ronald Richman, Esq. (via facsimile)
Mark Brossman, Esq. (via facsimile)
Scott Gold, Esq. (via facsimile)
Max Garfield, Esq. (via facsimile)