PATTERSON, S.

Aug 01 07 11:40a                                                                p.3

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 100, TRANSPORT WORKERS            :
UNION, AFL-CIO; ROGER TOUSSAINT, as :
President of Local 100, Transport Workers :
Union, AFL-CIO, and WAYNE BRYAN,         :          STIPULATION
                                         :
                Plaintiffs,              :
                                         :
        - against -                      :          Civ. No.: 06 Civ. 4787 (RPP)
                                         :
BERNARD ROSEN, MARGARET                  :
CONNOR, MARK PAGE, MARGE                 :
HENNING and SUSAN KUPFERMAN, as          :
Employer Trustees of the T.W.U.-New York :
City Private Bus Lines Pension Trust,    :
                                         :
                Defendants.              :
------------------------------------------------------------X

WHEREAS, on October 10, 2006, the Court so ordered a stipulation between the parties extending the Defendants' time to answer or otherwise move in response to Plaintiffs' June 21, 2006 Complaint until twenty days after the Court's ruling on Plaintiffs' motion for a preliminary injunction;

WHEREAS, on July 13, 2007, the Court denied Plaintiffs' motion for a preliminary injunction to enjoin the deadlock arbitration between the Employer Trustees and Union Trustees of the TWU-New York City Private Bus Lines Pension Trust;

WHEREAS, on July 27, 2007 the final hearing date in the deadlock arbitration proceeding was held;

WHEREAS, settlement negotiations between the Plaintiff-union and the Metropolitan Transportation Authority are continuing that have the potential to resolve this matter without further intervention by the Court;

Aug 01 07 11:41a                                                                              p.4

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that Defendants' time to answer or otherwise move in response to Plaintiffs' June 21, 2006 Complaint in the above-captioned matter shall be extended until September 7, 2007.

Dated: New York, New York
_____, 2007

BROACH & STULBERG, LLP

By: _____
Judith P. Broach (JB 4041)

Attorneys for Plaintiffs
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000 (telephone)
(212) 947-6010 (facsimile)

SCHULTE ROTH & ZABEL LLP

By: _____
Ronald E. Richman (RR 9875)
Scott A. Gold (SG 3024)

Attorneys for Defendants
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

8/2/07 SO ORDERED: _____
Hon. Robert P. Patterson, U.S.D.J.