SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LOCAL 100, TRANSPORT WORKERS        :
UNION, AFL-CIO; ROGER TOUSSAINT, as :
President of Local 100, Transport Workers :
Union, AFL-CIO, and WAYNE BRYAN,    :
                                    :       STIPULATION
            Plaintiffs,             :
                                    :       Civ. No.: 06 Civ. 4787 (RPP)
    - against -                     :
                                    :
BERNARD ROSEN, MARGARET             :
CONNOR, MARK PAGE, MARGE            :
HENNING and SUSAN KUPFERMAN, as     :
Employer Trustees of the T.W.U.-New York :
City Private Bus Lines Pension Trust, :
                                    :
            Defendants.             :
---------------------------------------------------------X

WHEREAS, on October 10, 2006, the Court so ordered a stipulation between the parties extending the Defendants' time to answer or otherwise move in response to Plaintiffs' June 21, 2006 Complaint until twenty days after the Court's ruling on Plaintiffs' motion for a preliminary injunction;

WHEREAS, on July 13, 2007, the Court denied Plaintiffs' motion for a preliminary injunction to enjoin the deadlock arbitration between the Employer Trustees and Union Trustees of the TWU-New York City Private Bus Lines Pension Trust;

WHEREAS, on July 27, 2007 the final hearing date in the deadlock arbitration proceeding was held;

WHEREAS, the Arbitrator has not yet ruled on the issues before her; and,

WHEREAS, settlement negotiations between the Plaintiff-union and the Metropolitan Transportation Authority are continuing that have the potential to resolve this matter without further intervention by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that Defendants' time to answer or otherwise move in response to Plaintiffs' June 21, 2006 Complaint in the above-captioned matter shall now be extended until September 28, 2007.

Dated: New York, New York
September 5, 2007

BROACH & STULBERG, LLP

By: _____
Judith P. Broach
Ira S. Cure

Attorneys for Plaintiffs
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000 (telephone)
(212) 947-6010 (facsimile)

SCHULTE ROTH & ZABEL LLP

By: _____
Ronald E. Richman
Scott A. Gold

Attorneys for Defendants
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

September 6, 2007
SO ORDERED:
_____
Hon. Robert P. Patterson, U.S.D.J.

2