SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
LOCAL 100, TRANSPORT WORKERS
UNION, AFL-CIO; ROGER TOUSSAINT, as
President of Local 100, Transport Workers
Union, AFL-CIO, and WAYNE BRYAN,

    Plaintiffs,

- against -

BERNARD ROSEN, MARGARET
CONNOR, MARK PAGE, MARGE
HENNING and SUSAN KUPFERMAN, as
Employer Trustees of the T.W.U.-New York
City Private Bus Lines Pension Trust,

    Defendants.
-------------------------------------------------X

STIPULATION

Civ. No.: 06 Civ. 4787 (RPP)

WHEREAS, the Court has previously So Ordered stipulations extending the time for Defendants to answer or otherwise move to September 28, 2007;

WHEREAS, on September 21, 2007, post-arbitration briefs in the deadlock arbitration proceeding were submitted to the Arbitrator;

WHEREAS, the Arbitrator has not yet ruled on the issues before her; and,

WHEREAS, settlement negotiations between the Plaintiff-union and the Metropolitan Transportation Authority are continuing that have the potential to resolve this matter without further intervention by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that Defendants' time to

answer or otherwise move in response to Plaintiffs' June 21, 2006 Complaint in the above-captioned matter shall now be extended until October 30, 2007.

Dated: New York, New York
September 24, 2007

BROACH & STULBERG, LLP

By: _____
Judith P. Broach
Ira S. Cure  JC 7/21

Attorneys for Plaintiffs
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000 (telephone)
(212) 947-6010 (facsimile)

SCHULTE ROTH & ZABEL LLP

By: _____
Ronald E. Richman
Scott A. Gold

Attorneys for Defendants
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

9/25/07
SO ORDERED:

_____
Hon. Robert P. Patterson, U.S.D.J.

2