USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

Oct 26 07 11:36a          p.2

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LOCAL 100, TRANSPORT WORKERS        :
UNION, AFL-CIO; ROGER TOUSSAINT, as :
President of Local 100, Transport Workers :
Union, AFL-CIO, and WAYNE BRYAN,    :     STIPULATION
               Plaintiffs,          :
                                    :     Civ. No.: 06 Civ. 4787 (RPP)
   - against -                      :
                                    :
BERNARD ROSEN, MARGARET             :
CONNOR, MARK PAGE, MARGE            :
HENNING and SUSAN KUPFERMAN, as     :
Employer Trustees of the T.W.U.-New York :
City Private Bus Lines Pension Trust, :
               Defendants.          :
-----------------------------------------X

WHEREAS, the Court has previously So Ordered stipulations extending the time for Defendants to answer or otherwise move to October 30, 2007 in light of the pending deadlock arbitration on the issues involved in this action;

WHEREAS, the Union Trustees requested, and the Arbitrator allowed the parties to the arbitration to file reply briefs to the parties' post-arbitration briefs, which were submitted on October 24, 2007;

WHEREAS, the Arbitrator has not yet ruled on the issues before her; and,

WHEREAS, settlement negotiations between the Plaintiff-union and the Metropolitan Transportation Authority are continuing that have the potential to resolve this matter without further intervention by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that Defendants' time to answer or otherwise

Oct 26 07 11:36a											p.3

move in response to Plaintiffs' June 21, 2006 Complaint in the above-captioned matter shall now be extended until December 11, 2007.

Dated: New York, New York
October 26, 2007

BROACH & STULBERG, LLP                SCHULTE ROTH & ZABEL LLP

By: _____                By: _____
    Judith P. Broach                       Ronald E. Richman
    Ira S. Cure                            Scott A. Gold

Attorneys for Plaintiffs               Attorneys for Defendants
One Penn Plaza, Suite 2016             919 Third Avenue
New York, New York 10119               New York, New York 10022
(212) 268-1000 (telephone)             (212) 756-2000 (telephone)
(212) 947-6010 (facsimile)             (212) 593-5955 (facsimile)

SO ORDERED: *This is a final adjournment.*

_____
Hon. Robert P. Patterson, U.S.D.J.

10/26/07

10536564.1                          2