USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

# SCHULTE ROTH & ZABEL LLP



919 Third Avenue
New York, NY 10022
(212) 756 2000
fax (212) 593-5955

*www.srz.com*

Writer's Direct Number
(212) 756-2051

Writer's E-mail Address
scott.gold@srz.com

December 7, 2007

**VIA FACSIMILE (212-805-7917)**

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007-1312

## MEMO ENDORSED

     Re:   Local 100, Transport Workers Union, et al. v. Bernard Rosen, et al., No.
06 Civ. 4787 (RPP)

Dear Judge Patterson:

     Schulte Roth & Zabel LLP represents the Defendants, the Employer Trustees of the Transport Workers Union-New York City Private Bus Lines Pension Trust, in the referenced action. We write at the suggestion of Ms. Hudson of Your Honor's Chambers during a telephone call last evening among Ms. Hudson, myself and Ira Cure, Esq., counsel for the Plaintiffs.

     Mr. Cure and I had called your Chambers to advise that the Arbitrator has now ruled and to request a brief extension of time for Defendants to answer or move with respect to the Complaint. Mr. Cure represented to Ms. Young that he was prepared to recommend dismissal of the above-referenced action in light of the Arbitrator's decision, but that Mr. Cure is unable to reach his client who is presently in Indonesia attending the World Climate Summit. We advised Ms. Hudson of Your Honor's Order dated October 26, 2007 providing for a final adjournment to December 11, 2007, but due to the new circumstances and the unavailability of Mr. Cure's client, we respectfully requested a brief extension of time until Friday, December 21, 2007. Thank you for your consideration of this request.

9:30 AM

         Respectfully submitted,

         Scott A. Gold

cc:    Ira S. Cure, Esq. (via fax)

*application granted. Robert P. Patterson USDC 12/7/07*