```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 100, TRANSPORT WORKERS
UNION, AFL-CIO; ROGER TOUSSAINT, as
President of Local 100, Transport Workers
Union, AFL-CIO, and WAYNE BRYAN,
                        Plaintiffs,

          - against -

BERNARD ROSEN, MARGARET
CONNOR, MARK PAGE, MARGE
HENNING and SUSAN KUPFERMAN, as
Employer Trustees of the T W U-New York
City Private Bus Lines Pension Trust,
                        Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

Civ. No.: 06 Civ. 4787 (RPP)

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that the above-captioned action is hereby discontinued and dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
December 19, 2007

BROACH & STULBERG, LLP

By: _____
   Judith P. Broach
   Ira S. Cure (IC 7/21)

Attorneys for Plaintiffs
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000 (telephone)
(212) 947-6010 (facsimile)

SCHULTE ROTH & ZABEL LLP

By: _____
   Ronald E. Richman
   Scott A. Gold

Attorneys for Defendants
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

SO ORDERED: December 19, 2007

_____
Hon. Robert P. Patterson, U.S.D.J.